William R. Richardson (009278)
**RICHARDSON & RICHARDSON, P.C.**
1745 South Alma School Road
Corporate Center • Suite 100
Mesa, Arizona 85210-3010

Tel. (480) 464-0600
Fax. (480) 464-0602
Email. wrichlaw@aol.com
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**ANGELO ANTHONY ROMANO and SHARON MARIE ROMANO,**<br><br>Debtors. | Chapter 11<br><br>2:09-bk-23446-CGC |
| HSBC Bank USA, National Association, as Trustee under the Pooling and Servicing Agreement dated as of September 1, 2006, Fremont Home Loan Trust 2006-C,<br><br>Movant,<br><br>v.<br><br>ANGELO ANTHONY ROMANO and SHARON MARIE ROMANO,<br><br>Respondents. | **MOTION TO DETERMINE VALUE OF COLLATERAL PURSUANT TO 11 U.S.C. §506**<br><br>Re: Real Property located at:<br>3014 East Rock Ledge Road<br>Phoenix, AZ 85048 |

Debtors Angelo Anthony Romano and Sharon Marie Romano ("Debtors") hereby move the Court, pursuant to 11 U.S.C. §506 and 1123(b)(5) and Rules 3012 and 9014, F.R. Bankr. P, to determine the value of the property that purportedly stands as security for the claim asserted herein by HSBC Bank USA, National Association, as Trustee under the Pooling and Servicing Agreement dated as of September 1, 2006, Fremont Home Loan Trust 2006-C ("Movant" or "HSBC")(Claim #12) and state as follows:

1. The Debtors own a residence located at 3014 East Rock Ledge Road, Phoenix, AZ 85048, more particularly identified on Exhibit A hereto (the "Property").

2. There are at least two claims against the Property including a first deed of trust on the part of Litton Loan Servicing, L.P. in the amount of $711,393.44 (Claim #9) and a second deed of trust on the part of HSBC in the amount of $183,719.28.

3. The value of the Property as of the date of the filing of the petition was no more than $586,800.00.

4. The first lien claim exceeds the value of the Property.

5. HSBC Claim no. 12 is wholly unsecured and should be treated so under the plan and under all proceedings before this Court.

6. HSBC Claim no. 12 is treated as wholly unsecured under the plan terms filed by the Debtors.

7. The Debtors are entitled to have this Court value the subject residence under the terms of *In re Zimmer*, 313 F.3d 1220 (9th cir 2002) and to have the lien claim of HSBC stripped off for the reason that it is wholly unsecured.

8. Under the terms of *In re Zimmer*, the claim should be stripped off and should be reclassified as a wholly unsecured creditor, its secured position cancelled, and receive in accordance with the like class of unsecured creditors under the plan. *In re Picht*, 369 B.R. 76 (Bankr. D. Kan. 2008).

**WHEREFORE**, the Debtors request an order as follows:

A. Determining that the HSBC Claim no. 12 is wholly unsecured.

B. Cancelling the HSB Claim no. 12 as a secured claim against the property.

**DATED** this ___1st___ day of April, 2010.

**RICHARDSON & RICHARDSON, P.C.**

By __/s/ WRR 009278__
William R. Richardson
1745 South Alma School Road
Corporate Center • Suite 100
Mesa, Arizona 85210-3010
Attorneys for Debtors

| | |
|---|---|
| 1 | **ORIGINAL** of the foregoing electronically filed this __1st__ day of April, 2010 |
| 2 | and a **COPY** mailed this same date to: |
| 3 | United States Trustee<br>230 N. First Avenue, Suite 204 |
| 4 | Phoenix, AZ 85003-1706 |
| 5 | Mark S. Bosco<br>Leonard J. McDonald |
| 6 | Tiffany & Bosco, P.A.<br>2525 E. Camelback Road, Suite 300 |
| 7 | Phoenix, AZ 85016<br>Attorneys for Movant |
| 8 | |
| 9 | HSBC Bank USA<br>c/o Litton Loan Servicing, L.P. |
| 10 | Bankruptcy Department<br>4828 Loop Central Drive |
| | Houston, TX 77081-2226 |
| 11 | Movant |
| 12 | |
| 13 | By___/s/ajc_____<br><sub>F:\DOC\DOC L-Z\R\Romano\Pleadings\MRS HSBC Bank\Mo Val Coll.wpd</sub> |

# EXHIBIT "A"

Recorded in Maricopa County, Arizona on 08/01/2006 as Document Number: 20061022972.

LOT 22, MAJESTIC HILLS, ACCORDING TO BOOK 326, OF MAPS, PAGE 36, RECORDS OF MARICOPA COUNTY, ARIZONA.