# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | ANGELO ANTHONY & SHARON MARIE ROMANO |
| **Case Number:** | 2:09-BK-23446-CGC    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 01, 2010 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## Matter:

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 3014 EAST ROCK LEDGE RD, PHOENIX, AZ 85048 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1,2006, FREMONT HOME LOAN TRUST 2006-C, ITS ASSIGNEES AND/OR SUCCESSORS .

**R / M #:** 96 / 0

## Appearances:

WILLIAM R. RICHARDSON, ATTORNEY FOR ANGELO ANTHONY ROMANO, SHARON MARIE ROMANO
LEONARD MCDONALD, ATTORNEY FOR HSBC BANK USA

## Proceedings:

Mr. McDonald discusses the default. He notes debtor did offer adequate protection but this is his primary residence which cannot be crammed down. Mr. McDonald argues Arizona is not a show me the note state and his client has a deed of trust that is assigned directly to his client.

Mr. Richardson believes there is security pledged that is not solely real property. The deed of trust is the only security document but there are other items in the deed of trust that are pledged. Mr. Richardson also raises the standing issue and discusses the opinion of Judge Hollowell entered on March 29, 2010 that addressed the standing issue.

COURT: IT IS ORDERED ENTERING AN ADEQUATE PROTECTIVE ORDER IN THE AMOUNT OF $4790.00 TO BEGIN APRIL 15, 2010 AND ON THE 15TH OF EVERY MONTH THEREAFTER MADE DIRECTLY TO MR. MCDONALD'S OFFICE.

Mr. Richardson would like the opportunity to speak to his client about the court's order and enter into a stipulation regarding timing of a final hearing.