# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | ANGELO ANTHONY & SHARON MARIE ROMANO |
| **Case Number:** | 2:09-bk-23446-CGC    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 27, 2010 11:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## *Matter:*

HEARING ON AMENDED DISCLOSURE STATEMENT

**R / M #:**   88 / 0

**VACATED:  MOTION TO VACATE - DISCLOSURE STATEMENT HEARING WAS NOT NOTICED BY ATTORNEY FOR DEBTOR**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: MOTION TO VACATE - DISCLOSURE STATEMENT HEARING WAS NOT NOTICED BY ATTORNEY FOR DEBTOR