SO ORDERED.

Dated: May 27, 2010



_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-04138

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Angelo Anthony Romano and Sharon Marie Romano<br>Debtors.<br>_____<br>HSBC Bank USA, National Association, as Trustee under the Pooling and Servicing Agreement dated as of September 1, 2006, Fremont Home Loan Trust 2006-C<br><br>Movant,<br>vs.<br><br>Angelo Anthony Romano and Sharon Marie Romano, Debtors; U.S. Trustee, Trustee.<br><br>Respondents. | No. 2:09-bk-23446-CGC<br><br>Chapter 11<br><br>(Related to Docket #96)<br><br>**ORDER REGARDING ADEQUATE PROTECTION** |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, **pursuant to Minute entry on hearing held 4/1/2010**, that the Debtors pay Adequate Protection

1

Payments in the amount of $4790.00 a month plus any applicable taxes and interest commencing on April 15, 2010 and each month after. The funds are intended to serve as adequate protection for Debtor's lien obligation to Movant secured by the real property described as:

> LOT 22, MAJESTIC HILLS, ACCORDING TO BOOK 326, OF MAPS, PAGE 36, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that the debtors will remit all adequate protection payments directly to Tiffany & Bosco on the 15th of each month, commencing on April 15, 2010 and each month thereafter.

This stipulation is for adequate protection payments only. The parties hereto reserve all rights and defenses including proof as to being the current lien holder on the real property described herein. Additionally, the parties acknowledge that the adequate protection payments provided herein shall be applied pursuant to further Order from the Court.